IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3110 |
| vs. | |
| ALAN J. OSTRANDER, | ORDER |
| Defendant. | |

As explained by counsel, the documentary evidence in this case is voluminous and will require substantial time to both produce and review. The parties agree that this case is unusual and complex. Accordingly,

IT IS ORDERED:

1) Within twenty-one (21) days of this date, counsel shall confer and accomplish discovery in accordance with NECrimR 16.1 and Fed.R.Crim.P. 16. The United States Attorney shall disclose *Brady v. Maryland* (and its progeny) material as soon as practicable.

2) A status conference will be at 2:00 p.m. on February 2, 2016 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Defense counsel and counsel for the government shall attend the conference. The defendant may but is not required to attend.

3) The Court finds, and the defendant agrees, that the time between today's date and February 2, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i.

November 10, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge