IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3110 |
| vs. | |
| ALAN J. OSTRANDER, | ORDER |
| Defendant. | |

IT IS ORDERED:

1) The defendant's unopposed motion to continue the status conference, (Filing No. 21), is granted.

2) A telephonic status conference will be held at 1:00 p.m. on June 6, 2016 before the undersigned magistrate judge. The defendant, defense counsel, and counsel for the government shall participate in the call. The court will send out instructions for participation in the call.

3) The Court further finds that the time between today's date and June 6, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

April 19, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge