IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:15CR3110 & |
| vs. | 4:16CR3030 |
| ALAN J. OSTRANDER, | ORDER |
| Defendants. | |

Defendant violated the terms of his pretrial release. Upon consideration of the evidence and filings before the court, Defendant is released subject to the same terms and conditions of release previously imposed plus the following additional conditions:

a. Defendant shall obtain a substance abuse treatment evaluation immediately; participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the supervising officer; and pay all or a portion of the treatment in an amount and on a schedule to be arranged by the supervising officer. Copies of the evaluator's reports and recommendations shall be given to all counsel and the court.

b. Defendant shall avoid all contact, directly or indirectly, with Sheila Lewis.

c. Defendant shall participate in a home confinement program and abide by all requirements of the program, which will include a curfew and electronic monitoring. Installation of monitoring equipment shall be at the defendant's expense, payable in advance of the installation, with monitoring fees paid by defendant monthly. Defendant is restricted to his residence every day from 11 PM to 6 AM, or as directed by his supervising officer.

May 17, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge