IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:15CR3110 AND 4:16CR3030 |
| vs. | |
| ALAN J. OSTRANDER, | ORDER |
| Defendant. | |

Based on the representations of counsel for the parties, trial preparation for this case continues to require the parties to review of a large numbers of documents, confer with numerous witnesses, and understand a complex set of transactions. After explaining these circumstances, the defendant agrees that this case should be excluded from the time limitations of the Speedy Trial Act so that it can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) Pretrial motions shall be filed on or before September 9, 2016.

2) A telephonic status conference will be held at 1:00 p.m. on October 4, 2016 before the undersigned magistrate judge to discuss case progression and a potential trial setting. Parties shall refer to filing 20 in 4:16cr3030 for call-in information for participation in the conference call.

3) The Court further finds that the time between today's date and October 4, 2016 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii)i

June 6, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge