IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **4:15CR3110 AND 4:16CR3030** |
| vs. | |
| ALAN J. OSTRANDER, | **DEFTENTION ORDER** |
| Defendant. | |

Defendant has failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) that Defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released. The Court's findings are based on the evidence presented in court and contained in the court's records, including Defendant's long-standing failure to comply with court orders. Specifically, Defendant ignores orders to pay child support while having the financial ability to comply, was only marginally compliant with pretrial release (refusing to produce documentation of employment and failing to make his whereabouts known or evading service of court orders) (see, Filing No. 62), and is now facing three counts of misdemeanor Domestic Assault 3rd degree, the alleged victim being Defendant's girlfriend who, by Defendant's own admission, is addicted to methamphetamine.

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) Absent a prior written waiver by Defendant, a preliminary hearing will be held on **October 3, 2018 at 2:30 p.m**. in Courtroom 2, Federal Building, Lincoln, Nebraska.

2) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver Defendant to a United States Marshal for appearance in connection with a court proceeding.

September 21, 2018.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge