IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:15CR3110 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| ALAN J. OSTRANDER, | |
| Defendant. | |

On March 15, 2019, the defendant appeared in person with his attorney, John C. Vanderslice. The United States was represented by Lesley A. Woods, Assistant United States Attorney. Defendant admits he violated Allegation 1, second paragraph, Mandatory Condition, of his terms and conditions of probation. The Court finds that the admission was knowing, intelligent, and voluntary and there is a factual basis for the admission and accepts the admission as alleged in the Amended Petition for Offender Under Supervision (filing 78).

IT IS ORDERED: Defendant's term of probation is not revoked and the conditions of probation will remain the same with an additional term as follows:

**q.   You must reside in a residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the probation officer, and you must observe the rules of that facility. You may be discharged earlier than 180 days by the probation officer, if you are determined to be in full compliance with the conditions of supervision. Upon the probation officer's approval, a representative of the Nebraska Federal Public**

**Defender's office may transport the defendant to the assigned RRC.**

The Court sustains the Government's motion to dismiss the first paragraph of Allegation 1 of the Amended Petition for Offender Under Supervision.

Dated this 19th day of March, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge