IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ALAN J. OSTRANDER,<br><br>　　　　　　　Defendant. | **4:15CR3110 AND 4:16CR3030**<br><br>**ORDER** |

Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 2:30 p.m. on November 6, 2020

2) Defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

　　a.　Defendant must get a job.

　　b.　Defendant must promptly report his current address and any change of address to his supervising officer.

　　c.　Defendant must report weekly by telephone to his supervising officer, or as otherwise directed by his supervising officer.

October 5, 2020.

　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　United States Magistrate Judge